**IN THE UNITED STATES DISTRICT COURT
OR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AVA JACKSON,<br>on behalf of herself and all other<br>persons similarly situated,<br>known and unknown<br><br>*Plaintiff,*<br><br>v.<br><br>HC JOLIET, LLC,<br><br>*Defendant*. | No. _____ |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, HC Joliet, LLC states that is a limited liability company. Its sole member is CRC Holdings, Inc. The ultimate parent company of CRC Holdings, Inc. is Penn National Gaming, Inc., a publicly traded corporation.

Dated: November 14, 2019

Respectfully submitted,

HC JOLIET, LLC

*/s/ Daniel R. Saeedi*
Daniel R. Saeedi (#6296493)
dsaeedi@taftlaw.com
Allison E. Czerniak (#6319273)
aczerniak@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: 312-527-4000
Facsimile: 312-966-8584

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, the foregoing was served by electronic mail upon the following:

>Douglas M. Werman (dwerman@flsalaw.com)
>Maureen A. Salas (msalas@flsalaw.com)
>Zachary C. Flowerree (zflowerree@flsalaw.com)
>Sarah J. Arendt (sarendt@flsalaw.com)
>WERMAN SALAS P.C.
>77 West Washington, Suite 1402
>Chicago, Illinois 60602
>(312) 419-1008
>
>Joseph A. Fitapelli (jfitapelli@fslawfirm.com)
>Dana Cimera (dcimera@fslawfirm.com)
>FITAPELLI & SCHAFFER, LLP
>28 Liberty Street, 30th Floor
>New York, New York 10005
>
>*Attorneys for Plaintiff*

>/s/ Daniel R. Saeedi
>Daniel R. Saeedi (#6296493)
>dsaeedi@taftlaw.com
>Allison E. Czerniak (#6319273)
>aczerniak@taftlaw.com
>TAFT STETTINIUS & HOLLISTER LLP
>111 East Wacker Drive, Suite 2800
>Chicago, IL 60601
>Telephone: 312-527-4000
>Facsimile: 312-966-8584