IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AVA JACKSON, on behalf of herself and all other persons similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> HC JOLIET, LLC, <br><br> Defendant. | Case No. 19-cv-07541 <br><br> Judge Gottschall |

**JOINT STATUS REPORT**

The Parties, through their undersigned counsel, submit this Joint Status Report as required by the Court's Minute Order on August 4, 2020:

1. This case is a proposed class action for alleged violations of the Illinois Biometric Information Privacy Act ("BIPA").

2. Shortly after this lawsuit was filed, Defendant's counsel stated that Defendant would voluntarily produce documents showing the extent to which Defendant used facial recognition technology at its casino as Plaintiff has alleged in her Class Action Complaint. The parties have agreed that this initial production will be helpful for determining whether this case can be resolved amicably at an early stage or whether class discovery will be needed.

3. Since the last joint status report, Defendant has worked with counsel to coordinate forensics analysis of certain computer systems associated with HC Joliet, for purposes of ascertaining any relevant information in this case that may help resolve the matter amicably. As a result, Defendant's counsel is now in possession of numerous files from the computer systems associated with HC Joliet, and is working diligently to review them in a timely fashion. Defendant

expects to produce relevant documents on or before October 8, 2020.

4. The Parties request to provide a follow-up status report on October 19, 2020, whereby they will propound an agree class discovery deadline that realistically allows for class discovery to take place in light of the COVID-19 delays.

| | |
|---|---|
| Dated: September 4, 2020 | Respectfully submitted, |
| /s/ *Zachary C. Flowerree* (with consent) | /s/ *Zachary R. Clark* |
| One of Plaintiff's Attorneys | One of Defendant's Attorneys |
| Douglas M. Werman | Daniel R. Saeedi (#6296493) |
| Maureen A. Salas | dsaeedi@taftlaw.com |
| Zachary C. Flowerree | Allison E. Czerniak (#6319273) |
| Sarah J. Arendt | aczerniak@taftlaw.com |
| WERMAN SALAS P.C. | Zachary R. Clark (#6328816) |
| 77 West Washington, Suite 1402 | zclark@taftlaw.com |
| Chicago, Illinois 60602 | Taft Stettinius & Hollister LLP |
| (312) 419-1008 | 111 E. Wacker Drive, Suite 2800 |
| | Chicago, IL 60601 |
| Joseph A. Fitapelli | Tel: 312.527.4000 |
| Dana Cimera | Fax: 312.966.8584 |
| FITAPELLI & SCHAFFER, LLP | |
| 28 Liberty Street, 30th Floor | *Attorneys for Defendant* |
| New York, NY 10005 | |
| (212) 300-0375 | |
| *Attorneys for Plaintiff* | |

27828995.1